**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| DAVID BITZER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>OCWEN FINANCIAL CORPORATION, dba OCWEN LOAN SERVICING, LLC, a Florida Limited Liability Company; CONSUMER FINANCIAL PROTECTION BUREAU, a United States Government Agency; CARMEN STARR, an individual; AMERICAN HOME MORTGAGE LLC dba AMERICAN BROKERS CONDUIT, a New York Limited Liability Company; HOMEWARD RESIDENTIAL HOLDINGS, INC., a subsidiary of OCWEN LOAN SERVICING, LLC, and ALL PERSONS UNKNOWN, CLAIMING ANY LEGAL OR EQUITABLE RIGHT, TITLE, ESTATE, LIEN OR INTEREST IN THE PROPERTY DESCRIBED IN THE COMPLAINT ADVERSE TO PLAINTIFF'S TITLE, OR ANY CLOUD ON PLAINTIFF'S TITLE THERETO; and DOES 1-100, INCLUSIVE,<br><br>Defendants. | Case No.: 5:18-cv-00005-JGB-SP<br><br>Hon. District Judge Jesus G. Bernal<br><br>**JUDGMENT OF DISMISSAL** |

Pursuant to the Court's August 21, 2018 Minute Order granting *defendant* Ocwen Loan Servicing, LLC and Homeward Residential Holdings, Inc.'s (collectively, the "Defendants") *Motion to Dismiss Plaintiff's Complaint*,

**IT IS ORDERED** that this action is dismissed with prejudice.

**IT IS FURTHER ORDERED** that judgment is hereby entered in favor of Defendants and against *plaintiff* David Bitzer, who shall take nothing by way of this action.

**IT IS FURTHER ORDERED** that Defendants may pursue an award of attorney's fees and costs in accordance with the Federal Rules of Civil Procedure and Local Civil Rules.

Dated: September 14, 2018

HON. JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE